MURRAY *v.* CITY OF ASHBURN *et al.*

Russell, Chief Justice. Under the ruling in *Harbin* v. *Holcomb,* 181 *Ga.* 800 (184 S. E. 603), the court did not err in refusing a mandamus absolute. See also *Green* v. *Spears,* 181 *Ga.* 486 (182 S. E. 913).

*Judgment affirmed. All the Justices concur.*

No. 11121. JULY 2, 1936.

*James H. Pate,* for plaintiff.   *Edwin A. Rogers,* for defendants.